UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Andrews International, Inc.

Plaintiff,

-v-

New York City Housing Authority

Defendant.

Case No. _____

08 CV 01580

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Andrews International, Inc. (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Andrews International, Inc. has no publicly held parents, affiliates or subsidiaries.

Date: 2/14/08

Signature of Attorney

Attorney Bar Code: CD9427

Form Rule7_1.pdf  SDNY Web 10/2007