UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ANDREWS INTERNATIONAL, INC.,
                     Plaintiff(s),          CASE NO. 08 CV 01580

    -against-

NEW YORK CITY HOUSING AUTHORITY,      **AFFIDAVIT OF SERVICE**
                    Defendant(s).
-----------------------------------------------------------X
STATE OF NEW YORK   )
                         s.s :
COUNTY OF NEW YORK  )

      CONNIE ASARO, being duly sworn, deposes and says that she is an employee of KEATING & WALKER ATTORNEY SERVICE, INC., is over the age of eighteen years and is not a party to the action.
      That on the 21st day of February, 2008, at approximately 11:24 a.m., deponent served a true copy of the **SUMMONS IN A CIVIL ACTION; CIVIL COVER SHEET; COMPLAINT; JUDGES' RULES and ECF FILING INSTRUCTIONS** upon New York City Housing Authority at 250 Broadway, New York, New York by personally delivering and leaving the same with Marie Jean, Receptionist-Legal Department, who is authorized by appointment to accept service.
      Marie Jean is a black female, approximately 45 years of age, was seated at the time of service, weighs approximately 200-225 pounds, with long black hair (worn in a bun) and dark eyes and was wearing glasses.

Sworn to before me this
21st day of February, 2008                            CONNIE ASARO #1126351

MICHAEL J KEATING
NOTARY PUBLIC, STATE OF NEW YORK
Reg. No. 01KE-4851559
Qualified in New York County
Commission expires February 3, 2010