UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK
----------------------------------------------------------------X

ANDREWS INTERNATIONAL, INC.

                         Plaintiff,

                         -v-                              Civil Action No. 08-cv-01580

NEW YORK CITY HOUSING AUTHORITY,       MOTION TO ADMIT COUNSEL
                                                             PRO HAC VICE
                      Defendant.
----------------------------------------------------------------X

PURSUANT TO RULE 1.3(c) of the Local rules of the United States District Courts for the Southern and Eastern Districts of New York, I Christopher E. Dunne, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

      Bryan D. Bolton
      Funk & Bolton, P.A.
      Twelfth Floor
      36 South Charles Street
      Baltimore, Maryland 21201
      Telephone: (410) 659-7754
      Facsimile: (410) 659-7773

Bryan D. Bolton is a member in good standing of the Bar of the State of Maryland and Pennsylvania. Mr. Bolton also is admitted to practice before the Supreme Court of the United States. Mr. Bolton is admitted to practice in the Second, Third, Fourth, and District of Columbia U.S. Courts of Appeals. Mr. Bolton is admitted to practice in the U.S. District Courts for the Districts of Maryland, the District of Columbia, and the Eastern and Middle Districts of Pennsylvania. There are no pending disciplinary proceedings against Bryan D. Bolton in any State or Federal court.

Dated: March 26, 2008
Philadelphia, PA

Respectfully submitted,

*Christopher E. Dunne*
Christopher E. Dunne
SDNY Bar #CD9472
22 Front Street
Suite No. 503
Philadelphia, PA 19106
Telephone: (215) 399-5775

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK
-------------------------------------------------------------X

ANDREWS INTERNATIONAL, INC.

                              **Plaintiff,**

              -v-                            Civil Action No. 08-cv-01580

NEW YORK CITY HOUSING AUTHORITY,    AFFIDAVIT OF CHRISTOPHER
                                                       E. DUNNE IN SUPPORT OF
                        **Defendant.**                  MOTION TO ADMIT COUNSEL
-------------------------------------------------------------X  PRO HAC VICE

Commonwealth of Pennsylvania   )
                                     )   ss:
City of Philadelphia                 )

Christopher E. Dunne, being duly sworn, hereby deposes and says as follows:

1.    I am counsel for Plaintiff in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit Bryan D. Bolton as counsel pro hac vice to represent Plaintiff in this matter.

2.    I am a member in good standing of the bar of the State of New York and was admitted to practice law in New York in 2002. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3.    I have known Bryan D. Bolton since 2006.

4.    I have found Mr. Bolton to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

5.    Accordingly, I am pleased to move the admission of Bryan D. Bolton, pro hac vice.

6.    I respectfully submit a proposed order granting the admission of Bryan D. Bolton, pro hac vice, which is attached as Exhibit A.

    WHEREFORE it is respectfully requested that the motion to admit Bryan D. Bolton, pro hac vice, to represent the Plaintiff in the above captioned matter, be granted.

Dated: March 26, 2008
Philadelphia, PA

Respectfully submitted,

*/s/ Christopher E. Dunne*
Christopher E. Dunne
SDNY Bar #CD9472
22 Front Street
Suite No. 503
Philadelphia, PA 19106
Telephone: (215) 399-5775

Notarized:

*/s/ Michelle Clancy*
Notary Public

Sworn to and subscribed before me this 26th day of MARCH, 2008.

My Commission Expires:

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
MICHELLE CLANCY, Notary Public
City of Philadelphia, Phila. County
My Commission Expires August 15, 2011

# Court of Appeals of Maryland
### Annapolis, MD



## CERTIFICATE OF GOOD STANDING

STATE OF MARYLAND, ss:

I, Alexander L. Cummings, Clerk of the Court of Appeals of Maryland, do hereby certify that on the twentieth day of December, 1983,

### Bryan David Bolton

having first taken and subscribed the oath prescribed by the Constitution and Laws of this State, was admitted as an attorney of said Court, is now in good standing, and as such is entitled to practice law in any of the Courts of said State, subject to the Rules of Court.

*In Testimony Whereof,* I have hereunto set my hand as Clerk, and affixed the Seal of the Court of Appeals of Maryland, this twentieth day of March, 2008.

*Alexander L. Cummings*
Clerk of the Court of Appeals of Maryland



# Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

**Bryan David Bolton, Esq.**

**DATE OF ADMISSION**

**September 11, 2006**

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: March 20, 2008

_____
Patricia A. Johnson
Chief Clerk

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 26th day of March, 2008, copies of the Motion to Admit Counsel Pro Hac Vice, Affidavit of Christopher E. Dunne in Support of Motion to Admit Counsel Pro Hac Vice, and Proposed Order for Admission Pro Hac Vice filed on behalf of Andrews International, Inc were mailed first class, postage prepaid, to:

> Stephen W. Goodman, Esquire
> New York City Housing Authority
> 250 Broadway, 9th Floor
> New York, New York 10007

Attorney for Defendant

*[signature]*
Christopher E. Dunne

March 26, 2007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK
-----------------------------------------------------------X
ANDREWS INTERNATIONAL, INC.

                         Plaintiff,

                -v-                             Civil Action No. 08-cv-01580

NEW YORK CITY HOUSING AUTHORITY,      ORDER FOR ADMISSION
                                                                    PRO HAC VICE
                      Defendant.              ON WRITTEN MOTION
-----------------------------------------------------------X

Upon the motion of Christopher E. Dunne, attorney for Andrews International, Inc. and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

    Bryan D. Bolton
    Funk & Bolton, P.A.
    Twelfth Floor
    36 South Charles Street
    Baltimore, Maryland 21201
    Telephone: (410) 659-7754
    Facsimile: (410) 659-7773
    bbolton@fblaw.com

is admitted to practice pro hac vice as counsel for Andrews International, Inc. in the above captioned action in the United States District Court for the Southern District of New York. All attorneys appearing before this court are subject to the Local Rules of this court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.


Dated: _____, 2008
_____, New York

                                                                                    _____
                                                                                    United States District/Magistrate Judge