UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK
-----------------------------------------------------------X

ANDREWS INTERNATIONAL, INC.

                         **Plaintiff,**

                         -v-                        Civil Action No. 08-cv-01580

NEW YORK CITY HOUSING AUTHORITY,     MOTION TO ADMIT COUNSEL
                                                                PRO HAC VICE

                        **Defendant.**
-----------------------------------------------------------X

PURSUANT TO RULE 1.3(c) of the Local rules of the United States District Courts for the Southern and Eastern Districts of New York, I Christopher E. Dunne, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

    Bryan D. Bolton
    Funk & Bolton, P.A.
    Twelfth Floor
    36 South Charles Street
    Baltimore, Maryland 21201
    Telephone: (410) 659-7754
    Facsimile: (410) 659-7773

Bryan D. Bolton is a member in good standing of the Bar of the State of Maryland and Pennsylvania. Mr. Bolton also is admitted to practice before the Supreme Court of the United States. Mr. Bolton is admitted to practice in the Second, Third, Fourth, and District of Columbia U.S. Courts of Appeals. Mr. Bolton is admitted to practice in the U.S. District Courts for the Districts of Maryland, the District of Columbia, and the Eastern and Middle Districts of Pennsylvania. There are no pending disciplinary proceedings against Bryan D. Bolton in any State or Federal court.

Application for Pro Hac Vice GRANTED. The Clerk is instructed to close this motion.

SO ORDERED.

Hon. Harold Baer, Jr., U.S.D.J.
Date: 4/3/08

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/3/08

Dated: March 26, 2008
Philadelphia, PA

Respectfully submitted,

Christopher E. Dunne
SDNY Bar #CD9472
22 Front Street
Suite No. 503
Philadelphia, PA 19106
Telephone: (215) 399-5775