

ATTORNEYS AT LAW

A PROFESSIONAL ASSOCIATION
TWELFTH FLOOR
36 SOUTH CHARLES STREET
BALTIMORE, MARYLAND
21201-3111
PHONE: 410.659.7700
FAX: 410.659.7773
www.fblaw.com

BRYAN D. BOLTON (MD, PA)
CHARLES D. MACLEOD (MD)
TIFFANY HANNA ANDERSON (MD)
LINDSEY A. RADER (MD)
DERRICK B. YATES (MD, DC)
JEFFERSON L. BLOMQUIST (MD)
MICHAEL P. CUNNINGHAM (MD, DC)
HISHAM M. AMIN (MD)
JAMES F. TAYLOR (MD)
ERNEST A. CROFOOT (MD)

AMY L. STRACHAN (PA, NJ)
SHANE DINOVITZ (MD)
PATRICK W. THOMAS (MD)
MARIBEL ROIG (MD)
JUSTIN S. LANDRETH (NY)

STEPHEN P. CARNEY (MD)
GARY C. HARRIGER (MD)
DONNA B. IMHOFF (MD)
ROBERT H. LEVAN (MD, DC, NY)
CHRISTOPHER W. POVERMAN (MD, DC, NJ)
DEBORAH R. RIVKIN (MD)
KAREN P. RUFF (MD)
RONALD L. SOLDERS (PA, DC)
VICTOR K. TERVALA (MD)

RECEIVED
JUN 18 2008
US DISTRICT JUDGE
S.D.N.Y

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/20/08

Writer's Direct Dial: (410) 659-7754
bbolton@fblaw.com

Via Facsimile

June 18, 2008

Anna Gercas, Esquire
Chambers of
The Honorable Harold Baer, Jr.
United States District Court for the
Southern District of New York
Chambers 2230
500 Pearl Street
New York, NY 10007-1312

Re: *Andrews International, Inc. v. New York City Housing Authority*, 08-CV-01580

Dear Ms. Gercas:

Counsel for plaintiff Andrews International and defendant New York City Housing Authority ("NYCHA") jointly submit this letter requesting an amendment to the pretrial scheduling order filed on May 5, 2008. The pretrial scheduling order set this case for the December 2008 trailing trial calendar. No dispositive motion is returnable after September 10, 2008. The parties have exchanged documents and conducted one deposition. The availability of witnesses for deposition, however, has prevented the parties from completing discovery and, in turn, from complying with the current return of motions deadline. Additionally, counsel for NYCHA will be out of the country from the end of this week until mid-July. The parties have agreed on a date for completing the remaining depositions in late July, after Mr. Goodman returns.

The parties respectfully request an amendment of the pretrial scheduling order to extend the discovery deadline to July 31, 2008 and the return of dispositive motions to September 30, 2008. This schedule will not disrupt the placement of this case on the December 2008 trailing trial calendar and will permit the Court at least 60 days to consider the dispositive motions before trial. The parties can provide a proposed amended scheduling order to this effect upon request.

The Court's attention to and courtesy in this matter is greatly appreciated.

                              Respectfully,

                              Bryan D. Bolton

BDB/sac

cc:    Stephen W. Goodman, Esquire (via email and U.S. mail)
       Christopher E. Dunne, Esquire (via email and U.S. mail)

31002.006: 115646

*[Handwritten notation: "Sounds fine to me"]*

*[Signed: Harold Baer, Jr., U.S.D.J.]*

Date: 6/20/08