NEW YORK CITY HOUSING AUTHORITY
LAW DEPARTMENT
250 BROADWAY • NEW YORK, NY 10007
http://nyc.gov/nycha

**TINO HERNANDEZ**
CHAIRMAN

**EARL ANDREWS, JR.**
VICE-CHAIRMAN

**MARGARITA LÓPEZ**
MEMBER

**VILMA HUERTAS**
SECRETARY

**DOUGLAS APPLE**
GENERAL MANAGER

**Ricardo Elias Morales**
General Counsel

WRITER'S DIRECT LINES
Phone 212-776-5089
Fax 212-776-5404

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/29/08

August 28, 2008

**By Fax (212) 805-7901**

The Honorable Harold Baer, Jr.
United States District Court for the
Southern District of New York
Chambers 2230
500 Pearl Street
New York, New York 10007-1312

    Re:    *Andrews International, Inc. v. New York City Housing Authority*, 08 Civ. 1580

Dear Judge Baer:

    As counsel for defendant New York City Housing Authority, I write to request a short adjournment of the date to submit final papers on the parties' motions for summary judgment in this matter, from September 26, 2008, to October 10, 2008. I make this request due to an especially heavy workload, including preparation for trial of another matter. I have conferred with plaintiff's counsel and he does not oppose this request.

    Under the current briefing schedule, plaintiff filed its motion on August 8, defendant was to have filed its cross-motion by August 29, plaintiff was to file its reply by September 12, and defendant was to file its reply by September 26. Under the proposed schedule, defendant would file its cross-motion by September 5, plaintiff would file its reply by September 19, and defendant would file its reply by October 10. This matter is now on the December 2008 trailing trial calendar.

Thank you for your consideration of this request.

                                    Respectfully,

                                    Stephen W. Goodman

cc:    Bryan D. Bolton, Esq. (via email and U.S. mail)
       Christopher E. Dunne, Esq. (via email)

*[Handwritten annotation by Judge:]* Denied you have already had a great extension & this one would let me my 60 days to decide, this is a December trial

SO ORDERED:
Harold Baer, Jr., U.S.D.J.
Date: 8/28/08

Endorsement:

DENIED. You have already had a requested extension and this one would eat into my 60 days to decide, there is a December trial.